IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| SHARON ROZIER PHILLIPS, ) | Civil Action No. 06-CV-100 |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| HOUSEHOLD FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that counsel identified below appears in the above-captioned case as counsel for Household Finance Corporation, pursuant to Local Rule 83.5. Counsel hereby requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the persons identified below at the following addresses:

| | |
|---|---|
| Donna L. Harris, Esquire | Johnny J. Butler, Esquire |
| Cross & Simon, LLC | Yvonne Barnes Montgomery, Esquire |
| 913 N. Market Street, 11th Floor | Booth & Tucker, LLP |
| P.O. Box 1380 | One Penn Center at Suburban Station |
| Wilmington, DE 19899-1380 | 161 JFK Blvd., Suite 1700 |
| Telephone: 302-777-4200 | Philadelphia, PA 19103 |
| Facsimile: 302-777-4224 | (215) 875-0609 |
| dharris@crosslaw.com | (215) 875-8143 (Facsimile) |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written, or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: March 16, 2006  **CROSS & SIMON, LLC**

BY: /s/ Donna L. Harris
Donna L. Harris, Esquire (Del. Bar No. 3740)
CROSS & SIMON, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware  19899-1380
Telephone:  302-777-4200
Facsimile:  302-777-4224

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Donna L. Harris, Esquire do hereby certify that on March 16, 2006, I caused copies of the **Entry of Appearance** to be served upon the party listed below in the manner indicated below.

Johnny J. Butler, Esquire
Yvonne Barnes Montgomery, Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
161 JFK Blvd., Suite 1700
Philadelphia, PA 19103
(215) 875-0609
(215) 875-8143 (Facsimile)

                                                /s/ Donna L. Harris
                                                Donna L. Harris (No. 3740)