IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ROZIER PHILLIPS, | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-100-JJF |
| | : |
| HOUSEHOLD FINANCE CORPORATION, | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, Plaintiff has failed to serve Defendant, Household
Finance Corporation, who is named as Defendant in Plaintiff's
Complaint (D.I. 1);

WHEREAS, pursuant to Rule 4(m) of the Rules of Civil
Procedure, "if service of the summons and complaint is not made
upon a defendant within 120 days after the filing of the
complaint, the court, upon motion or on its own initiative after
notice to the plaintiff, shall dismiss the action without
prejudice as to that defendant . . ."

WHEREAS, more than 120 days have elapsed since the filing of
Plaintiff's Complaint;

NOW THEREFORE, IT IS HEREBY ORDERED this $\underline{23}$day of August
2006, that Plaintiff show cause within twenty (20) days of the
date of this Order why the Court should not dismiss this action
for failure to prosecute.

UNITED STATES DISTRICT JUDGE