

**BOOTH & TUCKER, LLP**
*Attorneys at Law*

September 7, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court for
the District of Delaware
844 N. King Street
Lockbox 27
Wilmington, DE  19801

    Re:   **Sharon Rozier Phillips v. Household Finance Corp.
           Civil Action No. 06-100-JJF**

Dear Judge Farnan:

    This correspondence respectfully responds to the Order dated August 23, 2006 issued by this Court directing that Plaintiff show cause why the Court should not dismiss the above-referenced action for failure to prosecute. As the Court is aware, on February 15, 2006, the plaintiff, Sharon Rozier-Phillips ("Plaintiff") filed a complaint against the defendant, Household Finance Corporation ("HFC" or "Defendant"), Plaintiff's former employer, alleging unlawful discrimination and sexual harassment based on gender under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII") and the Delaware Discrimination in Employment Act, Del. Code Ann., Title 19 § 710, *et seq.* ("DDEA") (the "Complaint).

    By correspondence dated March 21, 2006, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, Plaintiff served Defendant with the Complaint and Waiver of Service form requesting that Defendant execute the Waiver to avoid the unnecessary costs of personal service. A copy of the March 21, 2006 correspondence and the Waiver of Summons form enclosed therewith are attached as Exhibit "A". The service of the Complaint and Waiver of Summons form was made by certified mail, return receipt requested. On or about March 23, 2006, Defendant was served with the March 21st correspondence enclosing the Waiver of Service form as evidenced by the executed mail receipt returned by the United States Postal Service, a copy of which is attached as Exhibit "B".

    However, when the mail receipt was returned by the postal service, Plaintiff's counsel's file was inadvertently marked as having received the executed Waiver of Summons form instead of receiving the mail receipt only. Based on this error, Plaintiff's counsel mistakenly believed that service of the Summons and Complaint had been perfected pursuant to Rule 4(d).

    During the week of August 21, 2006, Plaintiff's counsel realized that the Waiver of Summons had not been executed and returned by Defendant and began the process of having Defendant formally served with a Summons and

The Honorable Joseph J. Farnan, Jr.
September 7, 2006
Page -2-

Complaint. On August 25, 2006 a Summons was issued by the Clerk of Court. A copy of the Summons is attached hereto as Exhibit "C". On August 29, 2006, formal service of the Summons and Complaint was effected on Defendant. A copy the Return of Service is attached hereto as Exhibit "D".[1]

     Plaintiff respectfully requests that this Court not dismiss the within action for failure to prosecute. Plaintiff complied with the spirit of Rule 4 by providing Defendant with the Complaint and Waiver of Service form in March 2006. Plaintiff mistakenly believed that the executed Waiver of Summons form had been returned by the Defendant. Immediately upon recognizing that Defendant had decided not to waive formal service, Plaintiff took the necessary steps to effectuate formal service of the Summons and Complaint. Defendant was served on August 29, 2006.

     Based on the foregoing, Plaintiff prays that this Court relieve Plaintiff of the consequences of the application of Rule 4(m).

Respectfully submitted,

CROSS & SIMON, LLC

Donna L. Harris (#3740)

BOOTH & TUCKER, LLP

Yvonne Barnes Montgomery

---

[1] The original Return of Service has been simultaneously filed with the Court.

# Exhibit A

Case 1:06-cv-00100-JJF    Document 6-2    Filed 09/08/2006    Page 1 of 4

**BT** BOOTH & TUCKER, LP
*Attorneys at Law*

March 21, 2006

**Via Certified Mail**
**Return Receipt Requested**

Brian Hegge, Manager
HOUSEHOLD FINANCE CORPORATION
1144 Pulaski Highway
Bear, DE 19702

Re:  **Sharon Rozier Phillips v. Household Finance Corporation**
     **USDC of Delaware; Civil No. 06-100**

Dear Mr. Hegge:

A lawsuit has been commenced against Household Finance Corporation. A copy of the complaint is attached to this notice. It has been filed in the United States District Court for Delaware and has been assigned docket number 06-100.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the costs of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided **if I receive a signed copy of the waiver by April 20, 2006** (within thirty (30) days after the date designated below as the date on which this Notice and Request is being sent). I have enclosed a self-addressed, stamped envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, **except that you will not be obligated to answer the complaint until on or before May 20, 2006** (on or before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require Household Finance Corporation to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons,

Brian Hegge
March 21, 2006
Page 2

which is set forth on the reverse side (or at the foot) of the waiver form. I affirm that this request is being sent to you on behalf of the plaintiff, this 21st day of March, 2006.

_____
Yvonne Barnes Montgomery, Esquire
Donna L. Harris, Esquire
Attorneys for Plaintiff
Sharon Rozier Phillips

**Waiver of Service of Summons of Defendant, Household Finance Corporation**

TO: **Yvonne Barnes Montogomery, Esquire
Booth & Tucker, LLP**

**Donna L. Harris, Esquire
Cross & Simon, LLC**

**Attorneys for Plaintiff, Sharon Rozier Phillips**

I acknowledge receipt of your request that I waive service of summons in the action of <u>Sharon Rozier Phillips v. Household Finance Corporation</u>, which is case number 06-100 in the United States District Court for Delaware. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 for the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you on or before May 20, 2006 (within 60 days after the date which the Waiver was sent on March 21, 2006 (or within 90 days after that date if the request was sent outside the United States)).

_____        _____
Date

Printed/typed name:        _____

                              [as _____]

                              [of _____]

# Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brian Hagge, Manager
   Household Finance Corporation
   1144 Pulaski Highway
   Bear, DE 19702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                            ☐ Agent
                                            ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
   I. Butts

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7004 2890 0003 6121 0235

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# Exhibit C

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

Sharon Rozier Phillips
5 Westbury Drive
New Castle, DE  19720

**SUMMONS IN A CIVIL CASE**

V.

Household Finance Corporation
1144 Pulaski Highway
Bear, DE  19702

CASE NUMBER: 06 100

TO: (Name and address of Defendant)

    Household Finance Corporation
    1144 Pulaski Highway
    Bear, DE 19702

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Donna L. Harris, Esquire<br>Cross & Simon, LLC<br>913 North Market Street<br>11thFloor<br>Wilmington, DE 19801 | Yvonne Barnes Montgomery, Esquire<br>Johnny J. Butler, Esquire<br>Booth & Tucker, LLP<br>1617 JFK Blvd., Ste. 1700<br>Philadelphia, PA  19103 |

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

8-25-06

CLERK                                                    DATE

_Beth Duncan_
(By) DEPUTY CLERK

# Exhibit D

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/29/06 |
| NAME OF SERVER (PRINT) William Alexander | TITLE PRocess Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Household Finance Corp. at 1144 Pulaski HIghway, Bear, DE was accepted by Chris Helmerson (Branch Mgr.)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/06
           Date

Signature of Server

Dennis Richman's SErvices
1617 JFK Blvd., PHila., PA 19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.