AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____Delaware_____

Sharon Rozier Phillips
5 Westbury Drive
New Castle, DE  19720

**SUMMONS IN A CIVIL CASE**

V.

Household Finance Corporation
1144 Pulaski Highway
Bear, DE  19702

CASE NUMBER: 06 100

TO: (Name and address of Defendant)

   Household Finance Corporation
   1144 Pulaski Highway
   Bear, DE 19702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donna L. Harris, Esquire          Yvonne Barnes Montgomery, Esquire
Cross & Simon, LLC                Johnny J. Butler, Esquire
913 North Market Street           Booth & Tucker, LLP
11thFloor                         1617 JFK Blvd., Ste. 1700
Wilmington, DE 19801              Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within ____90____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     8-25-06

_____                   _____
CLERK                                               DATE

_Beth Duncan_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|   | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/29/06 |
| NAME OF SERVER (PRINT) William Alexander | TITLE | PRocess Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons & Complaint issued upon Household Finance Corp. at 1144 Pulaski HIghway, Bear, DE was accepted by Chris Helmerson (Branch Mgr.)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/06
           Date

*Signature of Server*
Dennis Richman's SErvices
1617 JFK Blvd., PHila., PA 19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.