IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON ROZIER PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-100-JJF |
| | ) | |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT HOUSEHOLD FINANCE CORPORATION'S
## MOTION TO DISMISS

Defendant Household Finance Corporation ("Household"), by and through its attorneys, hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 4(m), 12(b)(2) and 12(b)(5) on the basis that because the complaint was not timely served, there is no personal jurisdiction over Household. Thus, the complaint should be dismissed in its entirety.

In the alternative, Counts III and IV of the complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1), as this Court lacks jurisdiction to hear Plaintiff's state law discrimination and retaliation claims. The grounds for this Motion to Dismiss are set forth in the opening brief of Household filed contemporaneously herewith.

*Kelly A Green*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

Dated: September 18, 2006

RLF1-3057892-1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006, I electronically filed the foregoing Defendant Household Finance Corporation's Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on September 18, 2006, forwarded copies of the same to the following in the manner indicated:

**VIA HAND DELIVERY**

Donna L. Harris, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P. O. Box 1380
Wilmington, Delaware 19899

**VIA FIRST CLASS MAIL**

Johnny J. Butler, Esquire
Yvonne Barnes Montgomery, Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
161 JFK Blvd., Suite 1700
Philadelphia, PA 19103

*/s/ Kelly A. Green*
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Kelly A. Green (#4095)
Green@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant

RLF1-3059532-1