**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHARON ROZIER PHILLIPS : | |
| : | CIVIL NO. 06-100-JJF |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| HOUSEHOLD FINANCE CORPORATION : | |
| CORPORATION : | |
| : | |
| Defendant. : | |

**PLAINTIFF SHARON ROZIER PHILLIPS RESPONSE IN OPPOSITION
MOTION TO DISMISS OF DEFENDANT AND
<u>MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE</u>**

The plaintiff, Sharon Rozier Phillips "Plaintiff"), by and through her undersigned attorneys, hereby responds in opposition to the motion to dismiss for lack of personal jurisdiction filed by the defendant, Household Finance Corporation, and respectfully requests that the motion be denied. In addition, pursuant to Fed. R. Civ. P. 4(m) and 6(b)(2), moves this Court to grant an extension of time for service of process. The bases for this Response in Opposition and Motion are set forth in the answering brief in opposition to the motion to dismiss, which is incorporated herein by reference, and filed contemporaneously herewith.

                    Respectfully submitted,

By:    /s/ Donna L. Harris
Donna L. Harris (#3740)
dharris@crosslaw.com
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
302-777-4200
302-777-4224 - facsimile

Johnny J. Butler
jbutler@boothtucker.com
Yvonne Barnes Montgomery
ymontgomery@boothtucker.com
Booth &Tucker, LLP
1617 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
215-875-0609
215-875-8143 (facsimile)

Dated: October 2, 2006

Attorneys for Plaintiff