IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON ROZIER PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-100-JJF |
| | ) | |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Kelly A. Green of Richards, Layton & Finger is withdrawing as counsel for Household Finance Corporation. Jennifer C. Jauffret and Richards, Layton & Finger continue to represent Household Finance Corporation in this matter.

       Jennifer C. Jauffret (#3689)
       Jauffret@rlf.com
       Richards, Layton & Finger
       One Rodney Square
       P. O. Box 551
       Wilmington, Delaware 19899
       (302) 651-7700
       Attorneys for Defendant

Dated: March 14, 2007

RLF1-3123853-1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2007, I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on March 14, 2007, forwarded copies of the same to the following in the manner indicated:

**VIA HAND DELIVERY**

Donna L. Harris, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P. O. Box 1380
Wilmington, Delaware  19899

**VIA FIRST CLASS MAIL**

Johnny J. Butler, Esquire
Yvonne Barnes Montgomery, Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
161 JFK Blvd., Suite 1700
Philadelphia, PA  19103

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant