IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHARON ROZIER PHILLIPS,  :
                         :
        Plaintiff,       :
                         :
    v.                   :  Civil Action No. 06-100-JJF
                         :
HOUSEHOLD FINANCE        :
CORPORATION,             :
                         :
        Defendant.       :

## ORDER

At Wilmington, this 25 day of June, 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss For Insufficiency Of Service Of Process, Lack Of Personal Jurisdiction, And Lack Of Subject Matter Jurisdiction (D.I. 8) is **GRANTED** in part with respect to Counts III and IV of Plaintiff's Complaint and **DENIED** in part with respect to Counts I and II.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE