**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| SHARON ROZIER PHILLIPS, ) | Civil Action No. 06-100-JJF |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| HOUSEHOLD FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Erica N. Finnegan hereby enters her appearance on behalf of Plaintiff in the above-referenced action and Donna L. Harris hereby withdraws her appearance.

**CROSS & SIMON, LLC**

BY: /s/ Erica N. Finnegan
Erica N. Finnegan (Del. Bar No. 3986)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: 302-777-4200
Facsimile: 302-777-4224
Email: efinnegan@crosslaw.com

*Counsel for Plaintiff*

Dated: August 30, 2007