IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHARON ROZIER PHILLIPS, | ) | Civil Action No. 06-100-JJF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Cross & Simon, LLC and Erica N. Finnegan, Esquire on behalf of Plaintiff.

PLEASE ENTER the appearance of Pinckney, Harris & Poppiti, LLC and Donna L. Harris on behalf of Plaintiff.


CROSS & SIMON, LLC

BY: /s/ Erica N. Finnegan
Erica N. Finnegan (Del. Bar No. 3986)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: 302-777-4200
Facsimile: 302-777-4224
Email: efinnegan@crosslaw.com

*Withdrawing Counsel*


PINCKNEY, HARRIS & POPPITI, LLC

BY: /s/ Donna L. Harris
Donna L. Harris (Del. Bar No. 3740)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-5065 (main)
(302) 295-5066 (fax)
Email: dharris@php-law.com

*Counsel to Plaintiff,*
*Sharon Rozier Phillips*


Dated: September 10, 2007

## CERTIFICATE OF SERVICE

I, Donna L. Harris, hereby certify that on this 10th day of September, 2007, I caused copies of the **Substitution of Counsel** to be served upon the attached service list as indicated.

**VIA FIRST CLASS MAIL**
Jennifer C. Jauffret, Esq.
Kelly A. Green, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Donna L. Harris (No. 3740)