IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ROZIER PHILLIPS<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOUSEHOLD FINANCE CORPORATION<br><br>　　　　Defendant. | :<br>:　CIVIL NO. 06-100-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION TO AMEND NAME OF DEFENDANT
### HOUSEHOLD FINANCE CORPORATION

It is hereby stipulated between the parties herein, by and through their undersigned counsel, that all pleadings, papers, captions and docket entries in this matter be amended and that the matter hereafter proceed with the name of the defendant corrected wherever it appears from "Household Finance Corporation" to "Household Finance Corporation II."

Respectfully submitted,

Date: 10-5-07

_____
Donna Harris, Esquire (#3740)
dharris@php-law.com
Pinckney Harris & Poppiti, LLC
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801

Yvonne Barnes Montgomery, Esquire
ymontgomery@boothtucker.com
Booth & Tucker, LLP
1617 JFK Boulevard, Suite 1700
Philadelphia, PA 19103

Attorneys for Plaintiff

Date. __10/5/07__

_/s/ Jennifer C. Jauffret_
Jennifer C. Jauffret, Esquire (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 5510
Wilmington, DE 19801

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, Donna L. Harris, hereby certify that on this 5th day of October, 2007, I caused a copy of the Stipulation to Amend Name of Defendant Household Finance Corporation to be served upon the person(s) listed below via first class mail.

/s/ Donna L. Harris
Donna L. Harris (No. 3740)

Jennifer C. Jauffert, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 5510
Wilmington, DE  19801