IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHARON ROZIER PHILLIPS,       )
                              )
       Plaintiff,              )
                              )
       v.                   )       Civil Action No. 06-100-JJF
                              )
HOUSEHOLD FINANCE       )
CORPORATION II,            )
                              )
       Defendant         )

## NOTICE OF SERVICE

It is hereby certified that on the 8th day of January, 2008, true and correct copies of

Defendant's First Set of Interrogatories Directed to Plaintiff and this Notice of Service were

served, in the manner indicated, on the following counsel of record:

### VIA FIRST CLASS MAIL

Erica N. Finnegan, Esquire
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P. O. Box 1380
Wilmington, Delaware  19899

Johnny J. Butler, Esquire
Yvonne Barnes Montgomery, Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
161 JFK Blvd., Suite 1700
Philadelphia, PA  19103

RLF1-3017309-1

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Attorneys for Defendant

Dated.  January 8, 2008