IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON ROZIER PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-100-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Johnny Butler to represent Plaintiff Sharon Rozier Phillips in this matter.

Dated: January 10, 2008

By: _____
Donna L. Harris (No. 3740)
Pinckney & Harris, LLC
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
(302) 295-4914
*Counsel for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
United States District Judge

{PHP00002346.}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Dated: January 10, 2008     Signed: _____
                                   Johnny J. Butler
                                   Booth & Tucker, LLP
                                   1617 JFK Blvd., Suite 1700
                                   Philadelphia, PA 19103
                                   (215) 875-0609