IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ROZIER PHILLIPS, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 06-100-JJF |
| | ) |
| v. | ) |
| | ) |
| HOUSEHOLD FINANCE | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Donna L. Harris, hereby certify that on the 6th day of March, 2008, lead counsel, Yvonne Barnes Montgomery, Esquire caused copies of the **Initial Disclosures** to be served upon the attached service list as indicated.

**VIA FIRST CLASS MAIL**
Lori A. Brewington, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 5510
Wilmington, DE 19801


Dated: March 18, 2008

By:   /s/ Donna L. Harris
      Donna L. Harris (No. 3740)
      Pinckney & Harris, LLC
      1000 North West Street, Suite 1200
      Wilmington, Delaware 19801
      (302) 295-4914

      *Counsel for Plaintiff*