# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHARON ROZIER PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-100-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| HOUSEHOLD FINANCE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

**PLEASE TAKE NOTICE THAT** the firm of Pinckney, Harris & Poppiti, LLC, attorneys for Plaintiff, Sharon Rozier Phillips, in the above-captioned matter, has changed its name to Pinckney & Harris, LLC. The new address, telephone numbers and other contact information are set forth in the signature block below.

Dated: April 9, 2008
       Wilmington, Delaware       PINCKNEY & HARRIS, LLC

       By: /s/ Donna L. Harris
       Donna L. Harris (No. 3740)
       1220 North Market Street, Suite 950
       Wilmington, Delaware 19801
       (302) 504-1497
       (302) 504-1499 (Direct Line)
       (302) 655-5213 (Facsimile)
       dharris@php-law.com

       *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

     I, Donna L. Harris, hereby certify that on this 9th day of April, 2008, I caused a copy of the Notice of Firm Name and Address Change to be served upon the persons listed below via first class mail.

Jennifer C. Jauffert, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 5510
Wilmington, DE  19801

Yvonne Barnes Montgomery, Esq.
Booth & Tucker LLP
One Penn Center at Suburban Station
1617 JFK Blvd., Suite 1700
Philadelphia, PA 19103

                                              /s/ Donna L. Harris
                                            Donna L. Harris (No. 3740)