IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ROZIER PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Civil Action No. 06-100-JJF |
| ) | |
| HOUSEHOLD FINANCE ) | |
| CORPORATION II, ) | |
| ) | |
| Defendant ) | |

## NOTICE OF MOTION TO COMPEL
## DISCOVERY AND INITIAL DISCLOSURE RESPONSES

To:  Donna L. Harris, Esquire          Johnny J. Butler, Esquire
     Pinckney & Harris, LLC            Yvonne Barnes Montgomery, Esquire
     1220 N. Market Street, Suite 950  Booth & Tucker, LLP
     Wilmington, Delaware 19801        One Penn Center at Suburban Station
                                       161 JFK Blvd., Suite 1700
                                       Philadelphia, PA 19103

PLEASE TAKE NOTICE that Defendant's Motion to Compel Discovery and Initial Disclosure Responses will be presented to The Honorable Joseph J. Farnan, Jr on Friday, June 6, 2008 at 2:00 p.m. or as soon thereafter as may be heard.

                                               Jennifer C. Jauffret (#3689)
                                               Jauffret@rlf.com
                                               Lori A. Brewington (#4522)
                                               Brewington@rlf.com
                                               Richards, Layton & Finger
                                               One Rodney Square
                                               Wilmington, DE 19899
                                               (302) 651-7700
Dated: May 7, 2008                         Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2008, I electronically filed the foregoing Notice of Motion to Compel Discovery and Initial Disclosure Responses with the Clerk of Court using CM/ECF which will send notification of such filing to the following and on May 7, 2008, forwarded copies of the same to the following in the manner indicated:

### VIA FIRST CLASS MAIL

Donna L. Harris, Esquire
Pinckney & Harris, LLC
1220 N. Market Street, Suite 950
Wilmington, Delaware 19801

Johnny J. Butler, Esquire
Yvonne Barnes Montgomery, Esquire
Booth & Tucker, LLP
One Penn Center at Suburban Station
161 JFK Blvd., Suite 1700
Philadelphia, PA 19103

Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Lori A. Brewington (#4522)
Brewington@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Defendant