## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ROZIER PHILLIPS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 06-100-JJF |
| : | |
| HOUSEHOLD FINANCE CORPORATION, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **21st** day of **May, 2008**.

IT IS ORDERED that the teleconference scheduled for **Friday, May 23, 2008 at** 9:00 a.m. with Magistrate Judge Thynge to discuss ADR has been changed to **9:30 a.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE