IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ROZIER PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-100-JJF |
| ) | |
| v. ) | |
| ) | |
| HOUSEHOLD FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Donna L. Harris, hereby certify that on the 22nd day of May, 2008, lead counsel, Yvonne Barnes Montgomery, Esquire caused copies of the following documents:

1. **Plaintiff Sharon Rozier Phillips' Responses to Defendant's First Request for Production of Documents; and**

2. **Plaintiff Sharon Rozier Phillips' Responses to Defendant's First Set of Interrogatories**

to be served upon the person listed below as indicated.

**VIA E-MAIL AND U.S. FIRST CLASS MAIL**
Jennifer Jauffret, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 5510
Wilmington, DE 19801


Dated: June 2, 2008

By:   /s/ Donna L. Harris
    Donna L. Harris (No. 3740)
    Pinckney & Harris, LLC
    1220 North Market Street, Suite 950
    Wilmington, Delaware 19801
    (302) 504-1497
    Fax (302) 655-5213

*Counsel for Plaintiff*