# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JENNIFER C. JAUFFRET
DIRECTOR

DIRECT DIAL NUMBER
302-651-7568
JAUFFRET@RLF.COM

June 5, 2008

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

      Re:  Sharon Rozier Phillips v. Household Finance Corporation II
            Civil Action No. 06-100-JJF

Dear Judge Farnan,

      The parties have resolved Defendant's pending motion to compel discovery responses. As such, Defendant wishes to withdraw its motion to compel which is scheduled to be heard before Your Honor on Friday, June 6, 2008 at 2:00 p.m.

      Respectfully,

      Jennifer C. Jauffret

JCB/kdm
cc:   Yvonne Barnes Montgomery, Esquire (via e-mail)
      Donna L. Harris, Esquire (via e-filing)
      Peter T. Dalleo, Clerk (via e-filing)

RLF1-3289510-1