IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON ROZIER PHILLIPS,   )<br>   )<br>      Plaintiff,   )<br>   )<br>v.   )<br>   )<br>HOUSEHOLD FINANCE   )<br>CORPORATION II,   )<br>   )<br>      Defendant.   ) | C.A. No. 06-100-JJF |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party is responsible for her or its legal fees and costs.

_____
Donna L. Harris (#3740)
dharris@phw-law.com
Pinckney, Harris & Weidinger, LLC
1220 N. Market Street, Suite 950
Wilmington, Delaware 19801
Attorneys for Plaintiff

_____
Jennifer C. Jauffret (#3689)
Jauffret@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
Attorneys for Defendant
Household Finance Corporation II

SO ORDERED this _____ day of _____, 2008.

_____
Joseph J. Farnan, Jr., U.S.D.J.

RLF1-3292107-1